UNITED STATES of America, Plaintiff—Appellee,

v.

Carlos ORTIZ, Defendant—Appellant.

No. 05–7961.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 23, 2006.

Decided March 6, 2006.

Carlos Ortiz, Appellant Pro Se. Rod J. Rosenstein, United States Attorney, Baltimore, Maryland, for Appellee.

Before WIDENER, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Carlos Ortiz, a federal prisoner, appeals the district court's order denying without prejudice his motion filed under Fed. R.Civ.P. 60(b), in which he sought reconsideration of the denial by the United States District Court for the Western District of Virginia of his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Ortiz,* Nos. CR–92–301–S; CA–05–2793–WDQ–1 (D.Md. Nov. 9, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*